1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
3  Las Vegas, Nevada 89118
   702.893.3383
4  FAX: 702.893.3789
       Attorneys for Defendants
5      Southern Nevada Health District

6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9                         ***

10 | LATORSHA NAPOLEON,              | CASE NO. 2:15-cv-0848-JAD-PAL |
11 |         Plaintiff,              | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
12 |   vs.                           |                               |
13 | SOUTHERN NEVADA HEALTH DISTRICT,|                               |
14 |         Defendants.             |                               |

16     IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and

17 their respective counsel of record, and upon the representation having been made that all claims

18 have been settled.

19
20 ...
21 ...
22 ...
23 ...
24 ...
25 ...
26 ...
27 ...
28 ...

4845-5214-8776.1

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this ___ day of September, 2015.

LEWIS, BRISBOIS, BISGAARD & SMITH

*(signature)*

Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorney for Defendant Clark County

DATED this 6th day of October, 2015.

M. LANI ESTEBAN-TRINIDAD

*(signature)*

M. Lani Esteban-Trinidad
Nevada Bar No.
4315 N. Rancho Drive, Suite 110
Las Vegas, Nevada 89130
*Attorney for Plaintiff*

ORDER

Based upon the parties' stipulation [ECF 19] and good cause appearing, and with no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

11/5/15

_____
U.S. DISTRICT COURT JUDGE

4845-5214-8776.1

2